IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Garibaldi, Jorge L | Case Number:  05 B 11525 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  3/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 20, 2008
Confirmed: May 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 33,948.29 | |
| Secured: | | 6,423.81 |
| Unsecured: | | 8,632.42 |
| Priority: | | 11,445.28 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 1,516.02 |
| Other Funds: | | 3,430.76 |
| Totals: | 33,948.29 | 33,948.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Overland Bond & Investment Corp | Secured | 0.00 | 0.00 |
| 3. | Overland Bond & Investment Corp | Secured | 6,423.81 | 6,423.81 |
| 4. | Illinois Dept of Revenue | Priority | 1,631.99 | 1,631.99 |
| 5. | Internal Revenue Service | Priority | 9,813.29 | 9,813.29 |
| 6. | Illinois Dept of Revenue | Unsecured | 1,130.56 | 1,130.56 |
| 7. | Asset Acceptance | Unsecured | 1,070.58 | 1,070.58 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 60.00 |
| 9. | Internal Revenue Service | Unsecured | 6,371.28 | 6,371.28 |
| 10. | Credit Systems Inc | Unsecured | | No Claim Filed |
| 11. | CFC Financial Corp | Unsecured | | No Claim Filed |
| 12. | Illinois Attorney General | Unsecured | | No Claim Filed |
| 13. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Medclr Inc | Unsecured | | No Claim Filed |
| 17. | RMI | Unsecured | | No Claim Filed |
| 18. | Pediatric Anes Assoc | Unsecured | | No Claim Filed |
| 19. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 29,001.51 | $ 29,001.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 116.33 |
| 5.5% | 413.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Garibaldi, Jorge L | Case Number: 05 B 11525 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 3/29/05 |

|  |  |
|---:|---:|
| 5% | 128.87 |
| 4.8% | 288.68 |
| 5.4% | 568.67 |
| | _____ |
| | $ 1,516.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____